ages Made to Said Executors in Proceedings to Acquire Lands for an Addition to Prospect Park at the Willink Entrance, Borough of Brooklyn, City of New York.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Samuel Strasbourger, Respondent, v. William F. Rohrig and Others, Impleaded with Wright D. Goss and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

William Crompton, Respondent, v. Charles G. Dobbs and Stanley M. Moran, Composing the Firm of Dobbs & Moran, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Maud Swartz, Appellant, v. New York City Railway Company, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. William B. Ewing, Appellant, v. Louis F. Haffen, as President of the Borough of The Bronx, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

National Bank of Battle Creek, Respondent, v. Oliver O. Howard, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Emanuel Mandel and Mitchel Wiener, Doing Business under the Firm Name and Style of Mandel, Wiener & Company, Appellants, v. George W. Nathan, Respondent. (No. 1.) — Order affirmed, with ten dollars costs and disbursements, without prejudice to renewal as stated in order. 'No opinion.

Emanuel Mandel and Mitchel Wiener, Doing Business under the Firm Name and Style of Mandel, Wiener & Company, Appellants, v. George W. Nathan, Respondent. (No. 2.) — Order modified as stated in order, and as modified affirmed, without costs. No opinion.

The People of the State of New York ex rel. Louis Katz, Relator, v. Theodore A. Bingham, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion.

Hans K. Frost, Appellant, v. Theresa Reinach, Individually, and as Executrix, etc., of Max Reinach, Deceased, Respondent.—Judgment affirmed, with costs. No opinion.

Oscar B. Bergstrom and Henry A. Taylor, Doing Business under the Firm Name of Bergstrom & Company, Respondents, v. The Ridgway-Thayer Company, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion.

R. Ross Appleton, Receiver of the Cooper Exchange Bank, Appellant, v. The Citizens' Central National Bank of New York, Respondent.— Judgment affirmed, with costs, on opinion on former appeal. (116 App. Div. 404.) (McLaughlin, J., dissenting on the ground that plaintiff is entitled to recover the amount which Samuels paid to the defendant.)

Eugen C. Andres and Fritz Andres, Respondents, v. Fritz J. Schafer, Appellant.— Judgment affirmed, with costs. No opinion.

Michael Wineburgh, Plaintiff, v. Louis Dembitzer, Defendant.—Exceptions overruled and motion for new trial denied, with costs. No opinion. (Ingraham, J., dissenting.)